```
1  MICHAEL COSENTINO, SBN 83253
   P.O. Box 129
2  Alameda, CA  94501
   Telephone: (510) 523-4702
3  Facsimile:  (510) 747-1640

4  Attorney for Plaintiff,
   United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. C99-01280 M |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION VACATING |
|  | ) JUDGMENT AND |
| SHELLIE COLLINS aka, | ) ORDER THEREON |
| SHELLIE CARLSON, | ) |
| Defendant. | ) |

By and between the above entitled parties **IT IS HEREBY STIPULATED THAT** the default of defendant entered May 13, 1999, shall be set aside and the Judgment on Default against the defendant entered May 13, 1999, shall be vacated, and the matter dismissed without prejudice.

3. In accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States magistrate judge conduct any and all further proceedings in the case. It is understood that any appeal from a dismissal entered by a magistrate judge will be taken directly to the Ninth Circuit of the United States Court of

///

///

1  Appeals in the same manner as an appeal from any other judgment of a District Court.

Dated: December 11, 2013

By: MICHAEL COSENTINO
Attorney for Plaintiff,
United States of America

I have read the foregoing, I understand and agree to the terms, and I sign this agreement as a free and voluntary act.

Dated: 1·15·14

Shellie Collins aka Shellie Carlson
Defendant and Judgment Debtor

APPROVED AND SO ORDERED THIS __21__ DAY OF __January__, 2013,

ELIZABETH D. LAPORTE, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER VACATING JUDGMENT AND DISMISSING CASE WITHOUT PREJUDICE; USDC C99-01280M; U.S. v. COLLINS-CARLSON    2